1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TANAYA WILLIAMS,                  ) Case No. EDCV 17-0755-JPR
                                      )
12                Plaintiff,          )          **JUDGMENT**
                                      )
13          v.                        )
                                      )
14  NANCY A. BERRYHILL, Acting        )
    Commissioner of Social            )
15  Security,                         )
                                      )
16                Defendant.          )
    _____   )

17

18      For the reasons set forth in the accompanying Memorandum

19  Decision and Order, it is ADJUDGED that (1) Plaintiff's request

20  for an order remanding the case for further proceedings is

21  DENIED; (2) the Commissioner's request for an order affirming the

22  Commissioner's final decision and dismissing the action is

23  GRANTED; and (3) judgment is entered in the Commissioner's favor.

24

25

26  DATED: _June 4, 2018_          _____**JEAN ROSENBLUTH**_____

27                                    JEAN ROSENBLUTH
                                      U.S. Magistrate Judge

28